UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN LANZARO-SCHROEDER,

      Plaintiff,

v.                                                                  Case No.  6:13-cv-1404-Orl-36TBS

CHARLES R. SCHROEDER,

      Defendant.

_____/

ORDER

      Pending before the Court is Plaintiff's Motion for Leave of Court to Strike Defendant's Motion to Set Hearing on His Motion (Doc. 40).  The motion is DENIED. First, Plaintiff failed to certify compliance with Local Rule 3.01(g).  Second, on April 2, 2014, the Court entered its Report and Recommendation that Defendant's motion to dismiss (Doc. 20) and motion to set hearing (Doc. 36) both be denied.

      DONE AND ORDERED in Orlando, Florida, on April 7, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

      Plaintiff, pro se
      Defendant, pro se