UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SUSAN LANZARO-SCHROEDER,**

      **Plaintiff,**

v.                                                      **Case No:  6:13-cv-1404-Orl-36TBS**

**CHARLES R. SCHROEDER,**

      **Defendant.**

_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. Smith on April 9, 2014 (Doc. 43). In the Report and Recommendation, Magistrate Judge Smith recommends that the Court deny Defendant's Motion to Dismiss (Doc. 20). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED**:

    (1)     The Report and Recommendation of the Magistrate Judge (Doc. 43) is adopted, confirmed, and approved in all respects, except as noted below, and is made a part of this Order for all purposes, including appellate review.

    (2)     Defendant's Motion to Dismiss Plaintiff's Amended Petition Malicious Prosecution and Abuse of Process, Demand for Jury & Injunctive Relief (Doc. 20) is **DENIED.**

    (3)     Defendant's Motion to Set Hearing (Doc. 36) is **DENIED.**

(4) The Magistrate Judge recommended that Defendant be given fourteen (14) days to answer the complaint. However, the Court notes that Defendant has already filed an Answer to the Amended Complaint. *See* Doc 16.  Therefore, no additional time is provided for Defendant to answer the amended complaint.

**DONE AND ORDERED** at Orlando, Florida on May 7, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. Smith
Counsel of Record

2